UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAWN DERWIN ELSEY (#90-39348)

VERSUS

LT. JAMES SULLIVAN, ET AL.

CIVIL ACTION

NO. 12-332-BAJ-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven C. Riedlinger dated January 14, 2013 (doc. no. 50). The plaintiff has filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Rule 12(b)(6), F.R.Civ.P., Motion to Dismiss filed by Lt. James Sullivan, considered at a Rule 56 Motion for Summary Judgment, is GRANTED dismissing the plaintiff's claims against the defendant. Further, the claims against the unidentified Zachary Police Officers are DISMISSED pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this 29th day of May, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA